**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 11-50053-01-PHX-JAT |
| Plaintiff, ) | |
| ) | **DETENTION ORDER** |
| vs. ) | |
| Raul Rojas-Ochoa, ) | |
| Defendant. ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on April 7, 2011.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived hiss right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3     DATED this 8th day of April, 2011.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge